**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                       Case No.: 08-12615
                                                            Chapter: 11

Ahmad Ali Mohyee,

_____Debtor(s)._____/

## CERTIFICATE OF MAILING

     The undersigned deputy clerk of the United States Bankruptcy Court for the Northern

District of California hereby certifies that a copy of the related document was mailed to all parties

listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: February 13, 2009                    ____Jan Colvin_____
                                            Deputy Clerk

Ahmad Ali Mohyee
19 Andreas Court
Novato, CA 94945-1203